ACCEPTED
01-15-00300-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/19/2015 5:07:14 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00300-CV

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/19/2015 5:07:14 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS FOR THE FIRST DISTRICT
OF TEXAS AT HOUSTON

_____

SUMMIT INDUSTRIAL CONSTRUCTION L.L.C.,
*Appellant,*

*v.*

UTICA EAST OHIO MIDSTREAM L.L.C.,
*Appellee.*

_____

On Appeal from Cause No. 2015-03174
In the 190th District Court of Harris County, Texas

_____

## UTICA'S NOTICE OF DESIGNATION
## OF LEAD APPELLATE COUNSEL

_____

TO THE HONORABLE COURT OF APPEALS:

Appellee Utica East Ohio Midstream L.L.C. ("Utica") hereby respectfully gives notice that its lead counsel on appeal is Nicholas D. Stepp, of Beirne, Maynard & Parsons, L.L.P. Tex. R. App. P. 6.1(c). Mr. Stepp's name, mailing address, telephone number, fax number, e-mail address, and State Bar of Texas identification number are listed below.

1

Nicholas D. Stepp
State Bar No. 24077701
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527
E-mail: nstepp@bmpllp.com

Respectfully submitted,

BEIRNE, MAYNARD & PARSONS, L.L.P.

*/s/ Nicholas D. Stepp*

**Nicholas D. Stepp**
State Bar No. 24077701
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056
Tel: (713) 623-0887
Facsimile: (713) 960-1527
E-mail: nstepp@bmpllp.com

*Appellate Counsel for Appellee*

*/s/ Scott D. Marrs*

**Scott D. Marrs**
State Bar No. 13013400
smarrs@bmpllp.com
**Andrew B. McGill**
State Bar No. 24051026
amcgill@bmpllp.com
**Scott R. Davis**
State Bar No. 24059660
srdavis@bmpllp.com
1300 Post Oak Boulevard
Suite 2500
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

*Trial Counsel for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via e-filing or facsimile to the following parties on May 19, 2015:

R. Carson Fisk
FORD NASSEN BALDWIN, PC
111 Congress Ave., Suite 1010
Austin, Texas 78701
RCFisk@fordnassen.com


/s/ Nicholas D. Stepp
Nicholas D. Stepp